## Second Department, October, 1962

### (October 1, 1962)

■ Natalie MacManus, Respondent, v. Marel, Inc., Appellant, et al., Defendant.— Pursuant to stipulation, order dated September 25, 1962, dismissing the appeal, vacated. Beldock, P. J., Ughetta, Christ, Kleinfeld and Hill, JJ., concur.

■ Irving Weintraub, Appellant, v. Seacoast Towers "A" Inc., Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.